Douglas N. Gottron, Esquire (Bar No. 06881)
Morris Palerm, LLC
2 Barrister's Place
751 Rockville Pike
Rockville, MD 20850
P: (301) 424-6290
F: (301) 424-6294
dgottron@morrispalerm.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re:* ) | |
| ) | |
| **CARLA S. CARRAWAY** ) | Case No: 17-00630 |
| ) | Chapter: 11 |
| *Debtor* ) | |
| —————————————————————) | |
| ) | |
| ) | |
| **CARLA S. CARRAWAY** ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| **AMERICAN CREDIT ACCEPTANCE, LLC** ) | |
| 961 E. Main Street ) | |
| Spartansburg, SC 29302 ) | |
| ) | |
| *Respondent* ) | |
| —————————————————————) | |

## MOTION TO VALUE COLLATERAL

The Debtor and Debtor-in-Possession, Carla S. Carraway ("Debtor"), by and through her

counsel, Douglas N. Gottron and Morris Palerm, LLC, respectfully moves this honorable Court

for an order valuing collateral pursuant to 11 U.S.C. § 506 and, in furtherance thereof, states and

avers as follows:

1.      Debtor filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code on November 13, 2017.

2.      Property of the estate includes a 2013 Honda Pilot 4D Touring edition with VIN #5FNYF4H93DB035814 ("automobile") which is and has been in the possession of the Debtor.

3.      American Credit Acceptance, LLC ("Creditor") has a secured interest in said automobile with an alleged loan balance of $27,149.24.  Creditor's security interest was created on October 9, 2013 (see Claim No. 2 submitted by Creditor attached hereto and incorporated herein as "Exhibit 1").

4.      The interest rate being paid by Debtor unto Creditor is 23.70%.

5.      Debtor obtained an appraisal of the Vehicle on February 9, 2018 showing a value of $13,000.00 (see appraisal attached hereto and incorporated herein as "Exhibit 2').

7.      Debtor asserts that the replacement value of said Vehicle is $13,000.00, an amount substantially less than that set forth by Creditor in Claim No. 2.

8.      Debtor asserts that the proper rate of interest to be paid Creditor, which would allow it to receive the current value of its claim, is six percent (6.00%) per annum.

9.      The Collateral is a motor vehicle and was purchased more than 910 days prior to the petition date.

WHEREFORE, Debtor respectfully requests this honorable Court as follows:

(1)     That the Court determine the value of the Collateral and, therefore, the amount of Creditor's secured claim, to be $13,000.00;

(2)     That the balance of the Respondent's claim over and beyond the value of the collateral be deemed a general nonpriority unsecured debt;

(3)     That the Court determine that the terms of repayment, *vis-a-vis* - the pertinent interest rate which would allow Creditor to receive the current value of its claim, to be six percent (6.00%) per annum; and,

(4)     For such other and further relief as may be deemed just and proper under the circumstances.

Dated:                                              Respectfully submitted,
April 12, 2018

  /s/  *Douglas  N.  Gottron*
Douglas N. Gottron, Bar No. 06881
Morris Palerm, LLC
2 Barrister's Place
751 Rockville Pike
Rockville, MD 20852
P: (301) 424-6290
F: (301) 424-6294
dgottron@morrispalerm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION TO VALUE COLLATERAL was posted by certified United States mail, postage prepaid, on this 12th day of April, 2018, to the following:

Dan C. Breedan Jr.
340 E. Main St, suite 500
Spartansburg, SC 29302
*Resident Agent for American Credit Acceptance, LLC*

I FURTHER HEREBY CERTIFY that a copy of the foregoing Motion to Value Collateral was posted via the Court's CM/ECF system this 12th day of April, 2018, to the following:

Office of the United States Trustee
Alexandria VA Office
United States Department of Justice
115 S. Union Street, Suite 210
Alexandria, Virginia 22313
*United States Trustee*

        and

All parties requesting notice of these proceedings:

Gilbert R. Yabes
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Counsel for The Bank of New York Mellon fka The Bank of New York, as Trustee (CWALT 2007-8CB)*

Respectfully submitted,


 /s/ Douglas N. Gottron
Douglas N. Gottron
Bar No. 06881
Morris Palerm, LLC