## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| CARLA CARRAWAY | * | CASE NO.: 17-00630 |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OBJECTION TO FIRST AMENDED CHAPTER 11 PLAN FOR REORGANIZATION**

American Credit Acceptance, Movant, by MICHAEL J. KLIMA, JR., its attorney, files its Objection to confirmation of the First Amended Chapter 11 Plan For Reorganization.

On November 13, 2017, Carla Carraway, the Debtor, initiated proceedings in this Court seeking relief under Chapter 11 of the Bankruptcy Code, in Case No. 17-00630. On December 10, 2018, the Debtor filed her First Amended Chapter 11 Plan For Reorganization.

On October 9, 2013 the Debtor purchased one 2013 Honda Pilot motor vehicle from CarMax Auto Superstores, Inc., by virtue of a contract and security agreement. Said contract and security agreement was contemporaneously assigned to American Credit Acceptance. Through said contract, the Debtor agreed to make monthly contractual payments to American Credit Acceptance in the amount of $922.58 each for a term of seventy two months at an interest rate of 23.7%. As of the petition date, the amount of American Credit Acceptance's claim was $27,149.24.

The Debtor's Plan proposes to strip down American Credit Acceptance's claim to a value of $13,000.00 and to pay that

claim over a term of 60 months from the effective date of the Plan at an interest rate of 9% per annum.

American Credit Acceptance objects to confirmation of the Debtor's Plan. First, the term for payment of its claim is not fair and equitable as it will exceed beyond the useful life of its depreciating security. 11 U.S.C. 1129(b)(1). Next, proposed value for its secured claim is inadequate. 11 U.S.C. 1129(b)(2)(A)(i)(II). Through he Plan, the Debtor states she will retain the vehicle but uses a value for it based upon an event which will not occur: the vehicle's sale to a third party. As the Debtor intends to retain the vehicle, its replacement value, or the value the Debtor would pay a willing seller for the vehicle, must be used. American Credit Acceptance submits the vehicle's replacement value is the vehicle's retail value of $25,125.00 as shown by the attached N.A.D.A. Official Used Car Guide Vehicle Valuation.

/s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Hwy, Ste 300
Pasadena, MD 21122
410-768-2280

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of December, 2018, the foregoing Objection To First Amended Chapter 11 Plan For Reorganization was electronically served on:

Douglas N. Gottron
Morris Palerm, LLC
416 Hungerford Drive
Suite 315
Rockville, MD 20850

Joseph A. Guzinski
U. S. Trustee's Office
115 South Union St
Suite 210 Plaza Level
Alexandria, VA 22314

                                                   /s/Michael J. Klima, Jr.
                                                   Michael J. Klima, Jr.